1
HEATHER E. WILLIAMS, Bar #122664
Federal Defender

2
DAVID M. PORTER, Bar #127024
Assistant Federal Defender

3
Counsel Designated for Service
801 I Street, 3rd Floor

4
Sacramento, California 95814
Telephone: (916) 498-5700

5

6
Attorneys for Defendant
RUBEN SILVA MIRANDA

7

8
UNITED STATES DISTRICT COURT

9
EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  UNITED STATES OF AMERICA, | No.  Cr. F 08-247 LJO |
| 12  Plaintiff, | **STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)** |
| 13  v. | |
| 14  RUBEN SILVA MIRANDA, | RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE |
| 15  Defendant. | |
| 16 | Judge:  Honorable LAWRENCE J. O'NEILL |

17
        Defendant, RUBEN SILVA MIRANDA, by and through his attorney, Assistant Federal

18
Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its

19
counsel, Assistant U.S. Attorney Kathleen A. Servatius, hereby stipulate as follows:

20
        1.      Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of

21
imprisonment in the case of a defendant who has been sentenced to a term of imprisonment

22
based on a sentencing range that has subsequently been lowered by the Sentencing Commission

23
pursuant to 28 U.S.C. § 994(o);

24
        2.      On March 29, 2010, this Court sentenced Mr. Miranda to a term of 108 months

25
imprisonment;

26
        3.      His total offense level was 31, his criminal history category was I, and the

27
resulting guideline range was 108 to 135 months;

28

4.      The sentencing range applicable to Mr. Miranda was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973, with an effective date of November 1, 2015;

5.      Mr. Miranda's total offense level has been reduced from 31 to 29, and his amended guideline range is 87 to 108 months; and,

6.      Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Miranda's term of imprisonment to a total term of 87 months; provided however, that if, as of November 1, 2015 (the effective date of this reduction), this sentence is less than the amount of time the defendant has already served, the sentence is reduced to a time served sentence.

Respectfully submitted,

Dated:  January 26, 2015                          Dated:   January 26, 2015

BENJAMIN B. WAGNER                         HEATHER E. WILLIAMS
United States Attorney                            Federal Defender


 /s/ *Kathleen A. Servatius*                          /s/ *David M. Porter*
KATHLEEN A. SERVATIUS                     DAVID M. PORTER
Assistant U.S. Attorney                            Assistant Federal Defender

Attorney for Plaintiff                             Attorney for Defendant
UNITED STATES OF AMERICA                RUBEN SILVA MIRANDA


**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Miranda is entitled to the benefit Amendment 782, which reduces the total offense level from 31 to 29, resulting in an amended guideline range of 87 to 108 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in March 2010 is reduced to a term of 87 months effective as of November 1, 2015.  Provided however, that if, as of November 1, 2015, this sentence is less than the amount of time the defendant has already served, the sentence is reduced to a time served sentence.

Stipulation and Order Re: Sentence Reduction                    2

1    IT IS FURTHER ORDERED that all other terms and provisions of the original judgment

2    remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above

3    reduction in sentence, and shall serve certified copies of the amended judgment on the United

4    States Bureau of Prisons and the United States Probation Office.

5    Unless otherwise ordered, Mr. Miranda shall report to the United States Probation Office

6    within seventy-two hours after his release.

7
     IT IS SO ORDERED.
8
9    Dated:    __January 27, 2015__              ____/s/ Lawrence J. O'Neill____
                                                 UNITED STATES DISTRICT JUDGE
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28